FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
BRIAN HOYLE

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/31/2014 1:37:52 PM
CATHY S. LUSK
Clerk

December 30, 2014

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:              12-14-00293-CR
         Trial Court Case Number:   241-0447-14

**Style:**  Abigail Villegas
         v.
         The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_____
    Katrina McClenny, Chief Deputy Clerk


C  Mr. Austin R. Jackson (DELIVERED VIA E-MAIL)
C  Mr. Michael J. West (DELIVERED VIA E-MAIL)
:

Mandate executed on ___31st__ day of ____December_____, 2014.

Brief explanation of action taken: _____scanned_____

_____lLINDA RHYMES_____District/County Clerk